**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

August 13, 2009

VIA ELECTRONIC MAIL
Honorable Peter G. Sheridan
United States District Court Judge
402 East State Street
Trenton, NJ 08608

Re:  *United States v. Scott Mann*
     Crim. No. 08-727 (PGS)

Dear Judge Sheridan:

Mr. Mann was released from custody pending trial on September 26, 2008, and he has been fully compliant with his release conditions. He now seeks a modification of his release conditions to permit him to celebrate his parents' 50th wedding anniversary in St. Kitts in October, a trip planned by his family almost a year ago. The Court will recall that when Mr. Mann went to Aruba last year, he presented absolutely no difficulties for Pre-Trial Services during his trip. He returned without incident and reported as directed upon his return.

Pre-Trial Services agrees to this modification, and does not require the posting of any security. However, Mr. Mann is again prepared to post his fianceé's home as collateral, and PSA has approved the home as security. The government, as per Shana Chen, objects to this modification because it is international travel.

If the Court wishes to proceed by hearing, please have Ms. Hicks contact me with dates and I will coordinate with all parties. Alternatively, if the Court prefers an order, I will prepare one.

Respectfully,

s/Lisa M. Mack

*[Handwritten: Conference on case to be scheduled for Sept. 2009 at 10:00 a.m.]*
*SO ORDERED: [signature] Peter M[Sheridan]*
*DATED: 8/19/09*

cc.:  Shana Chen, Esq. (AUSA) *(via Electronic Mail)*
      Nichole Brown-Morin (Pre-Trial Services) *(via Electronic Mail)*
      Scott Mann *(via Electronic Mail)*

---