UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 08-727 (PGS) |
| : | |
| SCOTT MANN, : | |
| : | ORDER |
| Defendant. : | |

AND NOW, this 1b day of March, 2010, upon the application of Defendant Scott Mann, by the Office of the Federal Public Defender (Lisa M. Mack, appearing) for an adjournment of sentencing, and with no objection from the government, as per Shana Chen, AUSA, it is hereby ORDERED that this request be and hereby is GRANTED.

It is further ORDERED that the sentencing in this matter shall occur on May 18, 2010, at 10:00am.

_____
Peter Sheridan
United States District Court Judge