UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 08-727 (PGS) |
| SCOTT MANN, | : ORDER |
| Defendant. | : |

AND NOW, this 27 day of September, 2010, upon the application of Defendant Scott Mann, by the Office of the Federal Public Defender (Lisa M. Mack, appearing) for the return of Mr. Mann's passport, and with no objection from the government, as per Shana Chen, AUSA, it is hereby ORDERED that this request be and hereby is GRANTED.

It is further ORDERED that Pre-Trial Services is to return Mr. Mann's passport.

_____
Peter Sheridan